# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0463
_____

CELESTE GOMES, an individual
d/b/a Celeste's Pet Spa a/k/a
Celeste's Mobile Pet Spa, a/k/a
Celeste's Pet Spa & Mobile
Grooming,

    Petitioner,

    v.

TAYCHIANNA FIGUEROA, as
Parent and Natural Guardian
and as Personal Representative
of the Estate of K.W.H., et al.,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

March 28, 2025

PER CURIAM.

    DISMISSED.

LEWIS, ROBERTS, and LONG, JJ., concur.

*_____*

*_____*

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

*_____*


Warren B. Kwavnick of The Law Office of Warren B. Kwavnick,
PLLC, Pembroke Pines, for Petitioner.

Terry P. Roberts and Jordan Redavid of Fischer Redavid PLLC,
Hollywood, for Respondent.